**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 17-24013-CIV-SCOLA**

MSP RECOVERY CLAIMS, SERIES LLC,

        Plaintiff,

vs.

ZURICH AMERICAN INSURANCE COMPANY

        Defendant.

**NOTICE OF FILING STATE COURT COMPLAINT**

PLEASE TAKE NOTICE that Defendant ZURICH AMERICAN INSURANCE COMPANY, ("Zurich"), by and through undersigned counsel, hereby files a complete copy of the Complaint filed in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida (docketed as Case No. 2017-019418-CA-01), which was attached as Exhibit 1 to the Notice of Removal [D.E. 1] filed on November 1, 2017, but pages were inadvertently omitted.

Dated: November 15, 2017.

        Respectfully submitted,

By: */s/ Kendall Coffey*
Kendall B. Coffey, Esq.
Florida Bar No. 259861
kcoffey@coffeyburlington.com
Scott A. Hiaasen, Esq.
Florida Bar No. 103318
shiaasen@coffeyburlington.com
lperez@coffeyburlington.com
service@coffeyburlington.com
**COFFEY BURLINGTON, P.L.**
2601 South Bayshore Drive, Penthouse One
Miami, Florida  33133
Telephone: (305) 858-2900
Facsimile:  (305) 858-5261

1

– and –

Michael Menapace, Esq.
(Admitted *Pro Hac Vice*)
**WIGGIN AND DANA, LLP**
20 Church Street
Hartford, CT 06103
Telephone: (860) 297-3733
Facsimile:  (860) 525-9380
mmenapace@wiggin.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on November 15, 2017, upon all counsel or parties of record on the Service List below.

| SERVICE LIST | |
|---|---|
| **John H. Ruiz, Esq.**<br>**Frank C. Quesada, Esq.**<br>MSP RECOVERY LAW FIRM<br>5000 S.W. 75th Avenue, Suite 400<br>Miami, Florida 33155<br>Telephone: (305) 614-2222<br>serve@msprecovery.com<br><br>*Counsel for Plaintiff* | |

*/s/ Kendall Coffey*
Kendall Coffey

2